3669005WO9

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KARIN KRAUSE and MICHAEL KRAUSE, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>EXHALE ENTERPRISES VIII, INC., a )<br>Texas Corporation; HILTON )<br>WORLDWIDE, INC., a Virginia )<br>Corporation, d/b/a HILTON HOTELS, THE )<br>CURIO COLLECTION, THE HIGHLAND )<br>DALLAS; THE CURIO COLELCTION, )<br>LTD, a Delaware Corporation, d/b/a THE )<br>HIGHLAND DALLAS; and JULIAN )<br>MENDEZ, individually and as an agent of )<br>EXHALE ENTERPRISES VIII, INC., )<br>HILTON WORLDWIDE, INC. and THE )<br>CURIO COLLECTION, LTD., )<br>)<br>Defendants. ) | Case No.: 16-CV-9375 |

## EXHALE ENTERPRISES VIII, INC.'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1441 *et seq.*, Defendant EXHALE ENTERPRISES VIII, INC. ("EXHALE"), by their undersigned attorneys, notices removal of this civil action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division (the "Notice of Removal"). This Court has original jurisdiction pursuant to 28 U.S.C. § 1332. In further support of its Notice of Removal, defendant states:

  1. On August 19, 2016, plaintiffs KARIN KRAUSE and MICHAEL KRAUSE filed this civil action against defendants EXHALE, HILTON WORLDWIDE, INC. d/b/a Hilton Hotels, The Curio Collection, The Highland Dallas ("HILTON"), THE CURIO COLLECTION,

LTD., d/b/a The Highland Dallas ("CURIO"), and JULIAN MENDEZ in the Circuit Court of Cook County, Illinois, Case No. 2016 L 8298, (the "State Court Action.")

2. A copy of the complaint in the State Court Action was served on EXHALE on September 2, 2016. This Notice of Removal is therefore timely filed pursuant to 28 U.S.C. § 1446(b).

3. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of "all process, pleadings, and orders" served upon EXHALE in the State Court Action are attached hereto as Exhibit 1.

4. Pursuant to 28 U.S.C. § 1446(d), EXHALE will file a copy of this Notice of Removal with the Clerk of the Circuit Court of Cook County, Illinois. EXHALE will also serve Plaintiffs with a copy of this Notice of Removal. A copy of the Notice of Filing of the Notice of Removal is attached hereto as Exhibit 2.

5. District courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States. 28 U.S.C. § 1332(a)(1).

6. For the purposes of 28 U.S.C. § 1441, an individual shall be deemed a citizen of a state where the individual is domiciled. A corporation shall be deemed a citizen of any State by which it has been incorporated and of the State where it has its principal place of business. 28 U.S.C. § 1332(c)(1).

7. Plaintiffs are domiciled in the State of Illinois. (Ex. 1, at ¶1, Count IX, at ¶23.)

8. EXHALE is a Delaware corporation, with its principal place of business in Dallas, Texas. (Affidavit of Gary Lowery, attached hereto as Exhibit 3.) HILTON is a Delaware Corporation, with its principal place of the business in Virginia. (Ex. 1, at ¶2.) CURIO is a

Delaware Corporation, with its principal place of business in Virginia. (Ex. 1, at ¶¶2-3.) MENDEZ is domiciled in the State of Texas. (Affidavit of Julian Mendez, attached hereto as Exhibit 4.)

9. Plaintiffs allege damages in their Complaint at Law excess of $2,050,000.00. (Ex. 1, at Count I, II.)

10. Therefore, this Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1332(a)(1), because there is complete diversity between the parties and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

11. Defendants HILTON, and CURIO consent to the removal of this civil action to the United States District Court for the Northern District of Illinois, Eastern Division. (Consent to Removal executed by authorized representatives of HILTON and CURIO, attached hereto as Exhibit 5.)

12. As of the date of this filing, defendant MENDEZ has not been served with a copy of the complaint in the State Court Action. Accordingly, MENDEZ is not required to join this petition. *Gossmeyer v. McDonald*, 128 F.3d 481, 489 (7th Cir. 1997).

WHEREFORE, defendant EXHALE ENTERPRISES VIII, INC. submits this Notice of Removal, removing this civil action to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. § 1441 *et seq*.

               Respectfully submitted,

               /s/ Stephen W. Heil

Stephen W. Heil (ARDC #6204266)
Zachary G. Shook (ARDC #6305057)
CRAY HUBER HORSTMAN HEIL & VanAUSDAL LLC
303 West Madison Street, Suite 2200
Chicago, Illinois 60606
Telephone:  (312) 332-8450
Facsimile:  (312) 332-8451
E-mail:  swh@crayhuber.com
    zgs@crayhuber.com
*ATTORNEYS FOR DEFENDANT*
*EXHALE ENTERPRISES VIII, INC.*

**CERTIFICATE OF SERVICE**

The undersigned certifies pursuant to Fed. R. Civ. P. 5, that a true and correct copy of the foregoing EXHALE ENTERPRISES VIII, INC.'S NOTICE OF REMOVAL was filed on **September 30, 2016,** with the clerk of the court using the CM/ECF system, which will send notice to counsel of record.

>Michael Kosner
>THE DERATANY LAW FIRM
>221 N. Lasalle
>Suite 2200
>Chicago, IL 60601
>(312) 857-7285
>
>Danny Worker
>Michael H. Carter
>Lewis Brisbois Bisgaard & Smith LLP
>550 West Adams Street
>Suite 300
>Chicago, IL 60661
>(312) 345-1718
>
>M. Turner Field
>Chamblee, Ryan, Kershaw & Anderson, P.C.
>2777 N. Stemmons Freeway
>Suite 1157
>Dallas, Texas 75207
>(214) 905-2003

/s/ Stephen W. Heil

Stephen W. Heil (ARDC #6204266)
Zachary G. Shook (ARDC #6305057)
CRAY HUBER HORSTMAN HEIL & VanAUSDAL LLC
303 West Madison Street, Suite 2200
Chicago, Illinois 60606
Telephone:  (312) 332-8450
Facsimile:  (312) 332-8451
E-mail:  swh@crayhuber.com
         zgs@crayhuber.com
*ATTORNEYS FOR DEFENDANT*
*EXHALE ENTERPRISES VIII, INC.*